**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. **II**    **Investigating Agency** ATF

City: **Boston**

County: **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name: **King Belin**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Hyde Park, MA**

Birth date (Yr only): **1985**   SSN (last4#): **5061**   Sex: **M**   Race: **Black**   Nationality: _____

Defense Counsel if known: _____ Address: _____

Bar Number: _____

### U.S. Attorney Information:

AUSA: **John A. Wortmann, Jr.**    Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

### Location Status:

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at **Suffolk House of Correction**   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☐ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11-13-12    Signature of AUSA: _(signed)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   King Belin

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011