**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**HABEAS CORPUS AD PROSEQUENDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,**

or any of his deputies and to:

**EUGENE S. SUMPTER, JR., SUPERINTENDENT**
**SUFFOLK COUNTY JAIL**
**200 NASHUA STREET, BOSTON, MASSACHUSETTS**

    **YOU ARE COMMANDED** to have the body of **KING BELIN,** now in your custody, before the United States District Court for the District of Massachusetts at Boston on March 6, 2013, at 2:45 p.m. for the purpose of a Initial Appearance and Arraignment in Courtroom 25, Seventh Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts in the case of United States v. King Belin, Criminal No. 13-10048-FDS.  And you are to retain the body of said **KING BELIN** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this __ day of March, 2011.**

_____
**MARIANNE B. BOWLER**
**UNITED STATES MAGISTRATE JUDGE**

                                    **By:**  _____
                                         **BRENDAN GARVIN**
                                         **DEPUTY CLERK**


Requested by AUSA John A. Wortmann, Jr.