AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| KING BELIN | ) Case No. 13cr 10048 FDS |
| Defendant | ) m3B |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) KING BELIN,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment [ ] Superseding Indictment [ ] Information [ ] Superseding Information [ ] Complaint
[ ] Probation Violation Petition [ ] Supervised Release Violation Petition [ ] Violation Notice [ ] Order of the Court

This offense is briefly described as follows:

Felon in possession of firearm and ammunition in violation of 18 U.S.C. §922(g)(1)

Date: FEB 27 2013  1:33 pm

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state: Boston, Massachusetts

ROBERT B. COLLINGS, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

WARRANT EXECUTED BY KMF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/6/2013

*Arresting officer's signature*

*Printed name and title*