**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 13-10048-FDS** |
| | ) | |
| | ) | |
| **KING BELIN** | ) | |

### ASSENTED TO MOTION TO EXCLUDE FROM SPEEDY TRIAL ACT COMPUTATIONS THE PERIOD BETWEEN AUGUST 20, 2013 AND OCTOBER 9, 2013

Now comes the United States, with the assent of defense counsel, and hereby moves to exclude from all Speedy Trial Act computations the period between August 20, 2013 and October 9, 2013.

As grounds therefore, the government states that, at the Status Conference held today, defense counsel agreed to exclude this period to permit continued review of discovery and investigation of the case and the preparation and filing of a Motion to Suppress. Based on the foregoing, both parties believe that the requested continuance in the interest of justice and that the resulting delay between August 20, 2013 and October 9, 2013 is excludable under 18 U.S.C.§3161(h)(7) and (h)(8).

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

        By:        /S John A. Wortmann, Jr.
                    JOHN A. WORTMANN, JR.
                    Assistant U.S. Attorney
                    One Courthouse Way
                    Boston, MA
                    (617) 748-3207

**RULE 7.1 CERTIFICATION**

    The government certifies that is has conferred with counsel for the Defendant and have reached the agreements set forth above.

                                      /s/ John A. Wortmann, Jr. 8/20/13
                                        JOHN A. WORTMANN, JR.
                                        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                        /S John A. Wortmann, Jr.  8/20/13
                                        JOHN A. WORTMANN, JR.
                                        Assistant U.S. Attorney