UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   **Criminal No. 13-10048-FDS** |
| | ) |
| | ) |
| **KING BELIN** | ) |

### ASSENTED TO MOTION TO EXCLUDE FROM SPEEDY TRIAL ACT COMPUTATIONS THE PERIOD BETWEEN OCTOBER 9, 2013 AND THE PARTIES' FIRST APPEARANCE IN THE DISTRICT COURT

Now comes the United States, with the assent of defense counsel, and hereby moves to exclude from all Speedy Trial Act computations the period between October 9, 2013 and the parties' first appearance in the District Court.

As grounds therefore, the government states that, at the Status Conference held today, defense counsel agreed to exclude this period to permit continued review of discovery and investigation of the case and the preparation and filing of a Motion to Suppress.  Based on the foregoing, both parties believe that the requested continuance in the interest of justice and that the resulting delay between October 9, 2013 October 9, 2013 and the parties' first appearance in the District Court is excludable under 18 U.S.C.§3161(h)(7) and (h)(8).

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                    United States Attorney

        By:        /S John A. Wortmann, Jr.
                    JOHN A. WORTMANN, JR.
                    Assistant U.S. Attorney
                    (617) 748-3207

**RULE 7.1 CERTIFICATION**

The government certifies that is has conferred with counsel for the Defendant and have reached the agreements set forth above.

                                      /s/ John A. Wortmann, Jr. 10/9/13
                                      JOHN A. WORTMANN, JR.
                                      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                      /S John A. Wortmann, Jr.  10/9/13
                                      JOHN A. WORTMANN, JR.
                                      Assistant U.S. Attorney