UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-cr-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO ENLARGE DEADLINE FOR FILING DISPOSITIVE MOTIONS AND TO EXCLUDE TIME**

Defendant, through counsel, hereby moves this Honorable Court to enlarge the deadline previously set for the filing of dispositive motions in this matter, Thursday, October 17, 2013, for one week, to Thursday, October 24, 2013.  Counsel requests the additional time in order to confer with his client regarding the motion prior to submitting it.  Undersigned counsel has consulted with Assistant United States Attorney John A. Wortmann for the government; the government assents to this request, and requests the government's deadline be to respond to the Defendant's motion correspondingly.

On August 21, 2013, this Court ordered the exclusion of time under the Speedy Trial Act of 1974 ("STA") until October 9, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A).  Defendant moves, with the assent of the government, that the Court order the exclusion of the time period between October 17, 2013 and October 24, 2013 from calculation under the STA, to allow for the continued review of discovery and the preparation and finalization of the motion to suppress. Based on the foregoing, both parties believe that the requested continuance in the interest of justice and that the resulting delay between October 17, 2013 and October 24, 2013 is excludable under 18 U.S.C.§3161(h)(7) and (h)(8).

2

WHEREFORE, the Defendant requests the Court grant the requested relief.

                          Respectfully submitted,
                          KING BELIN,
                          By his attorney,


                          /s/ Ian Gold
                          Ian Gold BBO# 665948
                          Federal Public Defender
                          51 Sleeper Street, 5th FL
                          Boston, Massachusetts 02210
                          (617) 223-8061 (phone)
                          ian_gold@fd.org


Date: October 16, 2013.


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, October 16, 2013.

                          /s/ Ian Gold
                          Ian Gold