**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| **v.** ) | **Criminal No. 13-10048-FDS** |
| **KING BELIN,** ) | |
| **Defendant.** ) | |

**ORDER OF EXCLUDABLE TIME**

**SAYLOR, J.**

On October 17, 2013, the parties appeared before the Court for a status conference. Counsel for both parties assented to a continuance in order to permit defendant's counsel to prepare and file a motion to suppress. The Court scheduled an evidentiary hearing for December 5, 2013, and counsel for both parties agreed to the exclusion of time.

The Court finds that "the ends of justice served by granting [the continuance] outweigh the interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A), (h)(1)(D). Therefore, the period of time from October 17, 2013, through December 5, 2013, shall be excludable under the Speedy Trial Act.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 17, 2013