# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA** ) ) ) | |
| v. ) ) | **Criminal No.** |
| **KING BELIN,** ) ) | **13-10048-FDS** |
| **Defendant.** ) ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On December 5, 2013, the Court held a hearing on defendant's motion to dismiss. The motion was taken under advisement until January 2, 2014. Therefore, the period of time from December 5, 2013, through January 2, 2014, shall be excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(H).

**So Ordered.**

    /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 2, 2014