**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | |
| v.  ) | **Criminal No.** |
| ) | **13-10048-FDS** |
| **KING BELIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On January 2, 2014, counsel for both parties appeared in front of the Court for a ruling on defendant's motion to suppress. The Court scheduled a status conference for January 9, 2014. Counsel for the defendant objected to the exclusion of time. Nevertheless, the time is reasonably necessary under the circumstances to permit appropriate pre-trial preparation and discuss a possible resolution.

The Court finds that "the ends of justice served by granting [the continuance] outweigh the interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from January 2, 2014, through January 9, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

 /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 2, 2014