UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 13-10048-FDS |
| KING BELIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On January 9, 2014, the parties appeared before the Court for a status conference. Counsel for both parties assented to a continuance in order to permit defendant's counsel to prepare and file a motion for reconsideration. The Court scheduled a status conference for February 6, 2014, and counsel for both parties agreed to the exclusion of time.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from January 9, 2014, through February 6, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: January 9, 2014