January 13th, 2014

To Whom This May Concern,

My name is King Belin, and I am requesting an official Certified copy of my Docket Entry sheet(s) As Soon As Possible PLEASE.

I'm currently being held at Plymouth County Correctional Facility.

The Case number is, 13-10048-FDS.

The Docket number is, 131004801.

KING BELIN - 58506
Unit H1 Room # 111
PCCF
26 Long Pond Road
Plymouth, MA 02360

THANK YOU for your attention regarding this letter.

Sincerely, KING BELIN