# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | |
| v. ) | **Criminal No.** |
| ) | **13-10048-FDS** |
| **KING BELIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On February 6, 2014, the parties appeared before the Court for a status conference. The Court granted a continuance to allow the defendant and defendant's counsel to discuss a possible change of counsel. Furthermore, the defense had a pending motion to withdraw. The Court scheduled a status conference for February 27, 2014, and counsel for both parties agreed to the exclusion of time.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and that defendant's oral motion to withdraw was pending from February 6, 2014, until February 27, 2014. 18 U.S.C. § 3161 (h)(1)(D). Therefore, the period of time from February 6, 2014, through February 27, 2014, shall be excludable under the Speedy Trial Act. **So Ordered.**

    /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: February 6, 2014