UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-cr-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION TO EXTEND DEADLINE FOR FILING MOTION**

Undersigned counsel hereby moves the Court to extend the deadline, set at the previous hearing in this matter on February 6, 2014, requiring him, after a "cooling off" period, either to renew his motion to withdraw as counsel made orally on February 6, 2014, or to advise the Court that he would not persist in the motion.

Counsel requests the deadline be extended until Monday, February 17, 2014, to allow undersigned counsel an additional opportunity to confer with the Defendant. It was undersigned counsel's intention to meet with the Defendant at the Plymouth County Correctional Facility today, February 13, 2014, but due to an unanticipated court-related conflict and the weather, counsel was unable to meet with the Defendant at PCCF as he had intended.

WHEREFORE, the Defendant requests the Court grant the requested relief.

Respectfully submitted,  
KING BELIN,  
By his attorney,  

/s/ Ian Gold  
Ian Gold BBO# 665948  
Federal Public Defender  
51 Sleeper Street, 5th FL  
Boston, Massachusetts 02210  
(617) 223-8061 (phone)  
ian_gold@fd.org

Date: February 14, 2014.

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, February 14, 2014.

/s/ Ian Gold  
Ian Gold