UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-cr-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw as counsel for the Defendant, renewing the motion made orally on February 6, 2014[1]. As grounds, counsel states he conferred with the Defendant on Saturday, February 15, 2014, and the Defendant and counsel remain at an impasse and the break-down of their attorney-client relationship appears to be irretrievable.

WHEREFORE, the Defendant requests the Court grant the requested relief.

> Respectfully submitted,
> KING BELIN,
> By his attorney,
>
> /s/ Ian Gold
> Ian Gold BBO# 665948
> Federal Public Defender
> 51 Sleeper Street, 5th FL
> Boston, Massachusetts 02210
> (617) 223-8061 (phone)
> ian_gold@fd.org

Date: February 18, 2014.

---

[1] Counsel previously requested an extension of the deadline to file this motion from Friday, February 14, 2014, up to Monday, February 17, 2014; counsel hereby requests the Court accept this motion today, Tuesday, February 18, 2014.

## CERTIFICATE OF SERVICE

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, February 18, 2014.

              /s/ Ian Gold
              Ian Gold