**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 13-10048-FDS** |
| | ) | |
| | ) | |
| **KING BELIN** | ) | |

## ASSENTED TO MOTION TO EXCLUDE FROM SPEEDY TRIAL ACT COMPUTATIONS THE PERIOD BETWEEN FEBRUARY 28, 2014 THROUGH MARCH 10, 2014

Now comes the United States, with the assent of defense counsel, and hereby moves to exclude from all Speedy Trial Act computations the period between February 28, 2014 through March 10, 2014.

As grounds therefore, the government states that, the requested exclusion results from the filing and the resolution of Attorney Ian Gold's Motion to Withdraw as Counsel for the defendant which time is properly excludable under 18 U.S.C.§3161(h)(1) (D).

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

      By:                      /S John A. Wortmann, Jr.
                                          JOHN A. WORTMANN, JR.
                                          Assistant U.S. Attorney
                                          (617) 748-3207

## CERTIFICATE OF SERVICE

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                        /S John A. Wortmann, Jr.  10/9/13
                                        JOHN A. WORTMANN, JR.
                                        Assistant U.S. Attorney