UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No.** |
| | ) | **13-10048-FDS** |
| **KING BELIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On February 19, 2014, the defendant, through counsel, filed a motion to withdraw Ian Gold as the attorney of record. After a hearing before Magistrate Judge Bowler, the motion was withdrawn on March 3, 2014. On March 4, 2014, the Government filed an assented-to motion to exclude the time from Speedy Trial Act for the period between February 28, 2014, through March 10, 2014. The motion is granted to allow the defendant and defendant's counsel to review the record and advise the Court on how the defendant wishes to proceed in this case. The Court has set a status conference in this matter for March 10, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and that defendant's motion to withdraw was pending from February 19, 2014, until March 3, 2014. 18 U.S.C. § 3161 (h)(1)(D). Therefore, the period of time from February 19, 2014, through March 10, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

Dated: March 6, 2014

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge