UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA          )<br>                                                           )<br>       v.                                                  )<br>                                                           )<br>KING BELIN,                                      )<br>                                                           )<br>       Defendant.                             )<br>                                                           ) | Criminal No.<br>13-10048-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On March 10, 2014, the parties appeared before the Court for a status conference. Counsel for both parties assented to a continuance in order to accommodate defense counsel's stated desire to file a motion for reconsideration. The Court scheduled a status conference for April 7, 2014, and counsel for both parties agreed to the exclusion of time.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from March 10, 2014, through April 7, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

Dated: March 10, 2014

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge