## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                             )
**UNITED STATES of AMERICA**                 )
                                             )
         **v.**                              )         **Criminal No.**
                                             )         **13-10048-FDS**
**KING BELIN,**                              )
                                             )
         **Defendant.**                      )
_____)

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On April 7, 2014, the parties appeared before the Court for a motion hearing.  Counsel for both parties assented to a continuance in order to provide for pre-trial preparation and address the issue of continuity of counsel.  The Court scheduled a status conference for April 10, 2014, and counsel for both parties agreed to the exclusion of time.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial,"  18 U.S.C. § 3161(h)(7)(A).  Therefore, the period of time from April 7, 2014, through April 10, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

                                             /s/ F. Dennis Saylor_____
Dated: April 7, 2014                         F. Dennis Saylor IV
                                             United States District Judge