UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v.   ) <br> ) <br> KING BELIN,   ) <br> ) <br> Defendant.   ) <br> ) | Criminal No. <br> 13-10048-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On April 10, 2014, the parties appeared before the Court for a status conference. The parties agreed to schedule a final pre-trial conference on May 13, 2014, and to begin trial on May 19, 2014. Over defendant's objection, the Court ruled to exclude the time between the April 10, 2014 and May 19, 2014, in order to allow adequate pre-trial preparation.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from April 10, 2014, through May 19, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

Dated: April 10, 2014

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge