```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
     v.                     )
                            )     Criminal No. 13-10048-FDS
                            )
                            )
KING BELIN                  )
```

## WITNESS LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby is hereby reserving the right to call the following witnesses at trial.  The government reserves its right to supplement or modify the list with reasonable notice to the defendant:

1.  Plymouth County Probation Officer Brandon McLellan
2.  Boston Police Officer Phillip Bissonnette
3.  Boston Police Officer David Bridges
4.  Boston Police Officer Thomas Finn
5.  Boston Police  Officer Jeff Driscoll
6.  Boston Police Officer Martin Velez
7.  Boston Police Detective Kevin Magoon
8.  Boston Police Officer Nina Jefferson
9.  Boston Police Detective Tyrone Camper
10. Boston Police Officer Thomas Taylor
10. Boston Police Criminalist Maryellen Shea
11. Boston Police Criminalist Deborah Dobrydney
12. ATF Special Agent Mathieu Kelsch, Boston, MA

```
                         Respectfully submitted,

                         CARMEN M. ORTIZ
                         United States Attorney

                    By:  /s/ John  A. Wortmann, Jr.
                         JOHN A. WORTMANN, JR.
                         Assistant United States Attorney
                         617-748-3207
```

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        _/s/ John A. Wortmann, Jr.
                                        John A. Wortmann, Jr.
                                        Assistant United States Attorney

Date: May 1, 2014