UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 13-10048-FDS** |
| | ) | |
| **KING BELIN** | ) | |

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by its undersigned attorneys, hereby requests that, in addition to those questions commonly put to the *venire* in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.  The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

    (a)  ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?;

    (b)  ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

    (c)  ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

  (d)  ever engaged in litigation with the state government or the City of Boston, that is, ever filed a claim or lawsuit against the Commonwealth of Massachusetts or the City of Boston or any of their agencies, or answered some claim made against you by the state government or the city of Boston?

  (e)  ever had any involvement, of any sort other than a routine traffic matter, with any area police department, with the Boston Police, the Massachusetts State Police or the Bureau of Alcohol, Tobacco, Firearms &Explosives, known as the "ATF"?

  (f)  ever been treated unfairly by any police officer or other law enforcement personnel?

  2.  Aside from these particular circumstances, are you aware of any prejudice which you may have against the federal government, the Commonwealth of Massachusetts, the City of Boston, the Boston Police Department, or the ATF which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

  3.  Some of the witnesses expected to be called by the United States at trial are personnel with the Boston Police, and the ATF.  These law enforcement officers may be called to testify as both "fact" witnesses and as "expert" witnesses.  As experts, they may be called to give their expert opinion as to certain matters in this case calling for specialized knowledge and skill involving firearms, and possibly other investigative practices.

  4.  Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer working for the Boston Police, or the ATF?

  5.  Hollywood produces television programs and movies about crimes and crime-solving police work, such as CSI, that can create expectations about how police work is done in a real case and about evidence in a real case in a court of law.  Such programs and movies should not be used to set standards or expectations about how matters are proved in a real court of law, particularly if those standards or expectations conflict with the instructions that this Court will

provide on the applicable law.  If you are a viewer of television shows and movies about police work, forensic evidence, or the criminal justice system, will you be able to put aside what you have seen on those shows and base your verdict solely on the evidence and the law as I instruct you?

6. Portions of the evidence in this case are going to concern events that the government alleges took place in and around Norfolk Park in Mattapan.  Are you familiar with that location?  If so, will you be able to put aside whatever information you know about the area and base your decision solely on the evidence?

7. The defendant in this case, King Belin, is an African-American.  Other witnesses may be African American.  Do you have any feelings or attitudes about African-Americans or the manner in which some people may feel African-Americans are treated by the police that will in any way affect your ability to be fair and impartial in this case?  Can you consider the evidence in this case without regard to the race of the defendant or any witness?

8. Are you willing and able to completely and honestly apply the law, as I give it to you at the end of the case, to the facts as you find them?  Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

9. Do you have any strong feelings regarding firearms or government regulation of firearms that would affect your ability to sit as a fair and impartial juror in this case?  Are you or any member of your family a member of an organization that advocates either gun ownership or advocates restrictions on the use and ownership of firearms?

10. Are you or any member of your family, or a close friend or business associate, a member of an organization that either advocates gun ownership or advocates restrictions on the use and ownership of firearms?

11. Do you have any beliefs, whether philosophical, religious, or otherwise, that might prevent you from passing judgment on another person or that make it difficult for you to pass judgment on another person?

12. Do you have any hearing impairment that may affect your ability to listen to testimony of witnesses?

13. Do you have any difficulty in understanding English that may affect your ability to understand the testimony of witnesses?

14. Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3207

Certificate of Service

     I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

                                        /s/ John A. Wortmann, Jr.
                                        JOHN A. WORTMANN, JR.
                                        Assistant United States Attorney

Date: May1, 2014