UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-cr-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

Defendant, King Belin, has no proposed jury instructions or objections to the Court's anticipated instructions at this time.  Mr. Belin reserves the right to propose supplementary instructions or objections should the evidence at trial or other developments warrant.

Respectfully submitted,
KING BELIN,
By his attorney,

/s/ Ian Gold_____
Ian Gold BBO# 665948
Federal Public Defender
51 Sleeper Street, 5th FL
Boston, Massachusetts 02210
(617) 223-8061 (phone)
ian_gold@fd.org

Date:  May 7, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, May 7, 2014.

/s/ Ian Gold