UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-cr-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST

Defendant, King Belin, does not anticipate calling witnesses who have not been named on the Government's May 2, 2014 witness list (D.E. 92), and reserves the right to call the witnesses named by the government therein.  The Defendant reserves his right to supplement or modify his list of witnesses with reasonable notice to the government.

                                        Respectfully submitted,
                                        KING BELIN,
                                        By his attorney,


                                        /s/ Ian Gold_____
                                        Ian Gold BBO# 665948
                                        Federal Public Defender
                                        51 Sleeper Street, 5th FL
                                        Boston, Massachusetts 02210
                                        (617) 223-8061 (phone)
                                        ian_gold@fd.org

Date:  May 7, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, May 7, 2014.

                                        /s/ Ian Gold