UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-cr-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

## MOTION FOR DETERMINATION OF MENTAL COMPETENCY

Undersigned counsel hereby moves for a hearing to determine the mental competency of the Defendant, pursuant to 18 U.S.C. § 4241(a).[1]

WHEREFORE, the Defendant requests the Court grant the requested relief.

Respectfully submitted,
KING BELIN,
By his attorney,

/s/ Ian Gold_____
Ian Gold BBO# 665948
Federal Public Defender
51 Sleeper Street, 5th FL
Boston, Massachusetts 02210
(617) 223-8061 (phone)
ian_gold@fd.org

Date: May 14, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, May 14, 2014.

/s/ Ian Gold
Ian Gold

---

[1] Undersigned counsel has contemporaneously moved to withdraw ex parte. In the event the Court grants the motion, counsel requests the instant motion be denied without prejudice.