*Department of Psychiatry*



*FORENSIC SERVICE*

LEGAL OFICE
115 MILL STREET
BELMONT, MA 02478-9106

Phone: (617) 699-8113
Email: rosmarin.david@gmail.com

DAVID ROSMARIN, M.D.

## Education

| | |
|---|---|
| 1974 | A.B., Colgate University (Neuroscience) |
| 1976 | Stanford University School of Medicine first-year medical studies |
| 1980 | M.D., Boston University School of Medicine |

## Postdoctoral Training

| | |
|---|---|
| **1980-82** | **Resident in Surgery, Boston City Hospital, Boston** |
| 1983-84 | Resident in Otolaryngology, New York University, NY |
| 1984-85 | Resident in Otolaryngology, Eastern Virginia School of Medicine, Norfolk |
| 1985-87 | Resident in Psychiatry, University of Massachusetts Medical Center, Worcester, MA |
| 1987-88 | Chief Resident, Forensic Psychiatry, University of Massachusetts Medical Center |
| 1987-88 | Special Student, Harvard Law School |

## Faculty Academic Appointments

| | |
|---|---|
| 1988- | Instructor in Psychiatry, Harvard Medical School |
| 1989-90 | Assistant Professor in Psychiatry UMass Medical Center |

## Appointments at Hospitals/Affiliated Institutions

| | |
|---|---|
| 1982-83 | Emergency Room Physician, Martha's Vineyard Hospital |
| 1990 | Director of Psychiatry, Spectrum House, Inc., Westborough, MA Medical Director, Dual Diagnosis Unit (mental illness, drug abuse) Worcester State Hospital |
| 1.1991. | Staff Psychiatrist (Medical Director, 1990) Together Inc. (community mental health center) Marlboro, MA |
| 2000 | Staff Psychiatrist, Harvard Vanguard Medical Associates |
| 1990-2002 | Law and Psychiatry Service, Massachusetts General Hospital, Senior Forensic Psychiatrist.  Responsible for most adult murder evaluations.  Multiple evaluations concerning malpractice and consultation to industry concerning emotional distress, disability, and dangerousness.  Responsible for resident training, Law and Psychiatry Course (1990-97) |
| 1999-2011 | Forensic Psychiatrist, CIA, Responsible for psychiatric assessments of world leaders and other non-detainees |
| 2002- | Forensic Psychiatrist, McLean Hospital, responsible for evaluating patients with high risk of harm to self or others and other risk management issues |

*A Teaching Facility of Harvard Medical School  /  An Affiliate of The Massachusetts General Hospital  /  A Member of Partners HealthCare Systems, Inc.*

| 2002- | Director of Psychiatry, CareGroup Occupational Health Network, became Occupational and Environmental Health Network 2005 |

## Other Professional Positions

| 1988- | Private Practice, General and Forensic Psychiatry |

## Major Administrative Leadership Positions

**Local**

| 1990. | Rewrote medical staff policies and procedures for Worcester State Hospital |
| 1.1989. | Medical Director, Forensic Care Unit for Women, Metropolitan State Hospital, Waltham, MA |
| 1990-1999 | Chief, Mental Health, Harvard Community Health Plan, Chelmsford, MA. This involved administration and supervision of 14 clinicians in a busy clinic providing 1500 visits a month. The Department was widely regarded as the model department of 14 health centers in terms of patient care and satisfaction, clinician productivity and overall-cost of care. Supervised and developed Mental Health Service at Burlington Center. Provided Plan-wide forensic/risk management consultation at all HCHP/ Harvard Vanguard sites. |

## Committee Service

**Local**

| 1987-88 | AIDS Task Force, University of Massachusetts Medical Center |
| 1994-97 | Work Group on Mental Health Carve-outs, Harvard Community Health Plan |
| 1995 | Work Group on Mental Health Service Revision, Harvard Community Health Plan |
| 1995 | Work Group on Mental Health Medical Records/Computerization and Confidentiality Policy, Harvard Community Health Plan; Primary author of "Confidentiality/Computerized Mental Health Record Policy and Implementation." |

**Regional**

| 1995 | Task Force on Medical Record Confidentiality, Massachusetts Psychiatric Society |
| 2002- | Co-chair, Forensic Psychiatry Committee, Massachusetts Psychiatric Association |

**National and International**

| 1988-94 | American Academy of Psychiatry and the Law Chairman, Task Force on HIV Disease |

| 1989-91 | American Psychiatric Association AIDS Steering Committee |
| 1989-94 | AIDS Commission, American Psychiatric Association |
| 1988-94 | American Academy of Psychiatry and the Law |
| | Chairman, Task Force on HIV Disease |
| 1997- | Chair (2001-) American Academy of Psychiatry and the Law, Committee on Peer Review of Forensic Testimony |
| 1999-2004 | Board Examiner in Psychiatry, American Board of Psychiatry and Neurology, Inc. |
| 2000-0 2000-2002 | Board Examiner in Forensic Psychiatry (authorship of written national exam American Board of Psychiatry and Neurology, Inc. |
| 2003-5 | Executive Council, American Academy of Psychiatry and the Law |
| 2004 | Co-authored revision of Ethics Guidelines for the Practice of Forensic Psychiatry, American Academy of Psychiatry and the Law |
| 2005- | Program Committee, American Academy of Psychiatry and the Law |

## Professional Societies

| 1986-87 | American Medical Association |
| 1987- | American Psychiatric Association |
| 1987- | Massachusetts Psychiatric Society |
| 1988- | American Academy of Psychiatry and the Law |

## Editorial Activities

| 2000- | Reviewer, The Journal of the American Academy of Psychiatry and the Law |
| 2000-2002 | Book Reviewer, American Psychiatric Press |

## Honors and Prizes

| 1999 | Fellow, American Psychiatric Association |
| 2003 | Distinguished Life Fellow, American Psychiatric Association |
| 2010 | Red AAPL Outstanding Service Award, American Academy of Psychiatry and the Law |

## Formal Teaching of Residents, Clinical Fellows and Research Fellows

| 1.1997. | Course Director:  Massachusetts General Hospital, Psychiatry Resident and Forensic Fellows Lecture Series in Law and Psychiatry |
| 2008-10 | Co-Course Director Forensic Psychiatry, McLean Hospital |

## Clinical Supervisory and Training Responsibilities

1990-2002              Supervised Forensic Psychiatry fellows and residents at MGH

## Formal Teaching of Peers

Grand Rounds in Forensic Psychiatry: MGH, BIDMC, Mass Mental Health Center, Brigham and Women's, UMass Medical Center, NEMEC, Annual Meeting of Massachusetts Public Defenders

## Local Invited Presentations

2002         *Diminished Capacities:  Intent, Insanity, and Illegality,* Grand Rounds, McLean Hospital

2007         *Forensic Aspects of Geriatric Psychiatry*, McLean Geriatric Psychiatry Conference, Boston

2010         Schwartz Rounds, McLean Hospital

2010         *Insanity and DID,* Yale School of Medicine, Columbia College of Physicians and Surgeons

2012         *Insanity and DID: Video Presentation for Skeptics*, Grand Rounds Beth Israel Medical Center, Harvard Medical School

## Regional, National and International Invited Teaching and Presentations

**National**

1988.        Course Director, *HIV, Psychiatry, and the Law*, Annual Meeting of The American Academy of Psychiatry and the Law, Washington, D.C.

1994.        Course Director:  *Computers, Mental Health Records and Confidentiality*, Annual Meeting of the American Academy of Psychiatry and the Law, San Juan, PR

1998         Course Director: Diminished *Capacity and Substance Abuse,* Annual Meeting of the American Academy of Psychiatry and the Law, New Orleans, LA

2001         Course Director: *Insanity and Diminished Capacity*, Annual Meeting of the American Academy of Psychiatry and the Law, Boston, MA

2002         Course Director: *Insanity and a Rampage Murder*, Annual Meeting of the American Academy of Psychiatry and the Law, Newport Beach, CA

2003         *Violence in the Workplace: Assessment and Management*, Millender Conference, Harvard Medical School

2004         Course Director: *Detecting Deception from Demeanor in Forensic Psychiatry*, Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ

2004         Course Director: *Head Injury*, Annual Meeting of the American Academy of Psychiatry and the Law, Scottsdale, AZ

2005         Course Director: *Zoloft-based Insanity Defense in a Twelve Year-old* Annual Meeting of the American Academy of Psychiatry and the Law, Montreal, Canada

2006         Course Director: *Two Views of Insanity: The Ohio Shooter Case*, Annual Meeting of the American Academy of Psychiatry and the Law, Chicago, IL

| | |
|---|---|
| 2007 | Course Director: *Amok or Responsible in a Military Hospital*, Annual Meeting of the American Academy of Psychiatry and the Law, Miami, FL |
| 2008 | Course Director: *Near Suicide: Experts Differ on Just About Everything*, Annual Meeting of the American Academy of Psychiatry and the Law, Seattle, WA |
| 2009 | Course Director: *Assessment of Custodial Confessions*, Annual Meeting of The American Academy of Psychiatry and the Law, Baltimore, MD |
| 2011 | Course Director: *Assessment of Causation of Damages Years After Sexual Abuse*, Annual Meeting of The American Academy of Psychiatry and the Law, Boston, MA |
| 2011 | Course Director: *Dissociative Identity Disorder: Assessment of Criminal Responsibility* and *Diminished Capacity* Annual Meeting of The American Academy of Psychiatry and the Law, Boston, MA |
| 2012 | *Assessment of Legal Insanity,* Georgetown University, St. Elizabeth's Hospital, Washington, DC |
| 2012 | Course Director: *Assessment of Intellectually Disabled Murder Defendants*, Annual Meeting of The American Academy of Psychiatry and the Law, Montreal, Canada |
| 2013 | Invited presentation: *Methodologies in the Forensic Psychiatric Interview,* Annual Meeting of the Vermont Public Defenders, Essex, VT |
| 2013 | Invited presentation: *Insanity in Vermont: Clinical Assessment,* University of Vermont School of Medicine, Burlington, VT |
| 2013 | Course Director: *Breivik Rampage Murder: All-consuming Hatred Approaching Psychosis?,* Annual Meeting of The American Academy of Psychiatry and the Law, San Diego, CA |
| 2013 | Co-Course Director: *A Fluid Goldwater Rule: Grasping for the Brass Ring of Publicity,* Annual Meeting of The American Academy of Psychiatry and the Law, San Diego, CA |

## Current Licensure and Certification

| | |
|---|---|
| 1981 | Diplomate, National Board of Medical Examiners |
| 1982 | Massachusetts Medical License #49386 |
| 1989 | Diplomate, American Board of Psychiatry and Neurology, Inc. |
| 1994 | Diplomate, American Board of Psychiatry and Neurology, Inc., Special Qualifications in Forensic Psychiatry, Recertified 2002 |

## Professional Publications

Rosmarin, David        Tarasoff and HIV.  American Academy of Psychiatry and the Law Newsletter 1989; 14, 1:  20-22.

Rosmarin, David        Legal and Ethical Aspects of HIV Disease, in <u>A Psychiatrist's Guide to AIDS and HIV Disease</u>, American Psychiatric Association,

Washington, D.C., 1990.

Rosmarin, David  HIV Infection, in <u>Fundamentals of Psychiatric Treatment Planning,</u> Kennedy, J. ed., American Psychiatric Press, Inc., Washington, D.C. 1992.

Rosmarin, David  AIDS and Forensic Psychiatry, in <u>Principles and Practice of Forensic Psychiatry</u>, Chapman & Hall, New York, 1994.