UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v.   ) | Criminal No. |
| ) | 13-10048-FDS |
| KING BELIN,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

Trial in this case was scheduled to begin on May 19, 2014. On May 14, defendant's counsel filed a motion to withdraw as counsel. The Court granted that motion on May 15 and referred the matter to a Magistrate Judge for the appointment of new counsel. The trial was continued and a status conference was scheduled for May 22, 2014, to accommodate the change in counsel. The parties agreed to the exclusion of time from May 19, 2014, through May 22, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from May 19, 2014, through May 22, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

Dated: May 15, 2014

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge