**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES of AMERICA**     )<br>                                                           )<br>      v.                                                  )<br>                                                           )<br>**KING BELIN,**                                )<br>                                                           )<br>      **Defendant.**                           )<br>                                                           ) | **Criminal No.**<br>**13-10048-FDS** |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On May 22, 2014, the parties appeared before the Court for status conference. The Court granted a continuance and scheduled a status conference for June 24, 2014, to permit time for a mental competency evaluation of defendant. The parties did not object to the exclusion of time from May 22, 2014, through June 24, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant." 18 U.S.C. § 3161(h)(1)(A). Therefore, the period of time from May 22, 2014, through June 24, 2014, shall be excludable under the Speedy Trial Act. **So Ordered.**

                                                                       /s/ F. Dennis Saylor
                                                                       F. Dennis Saylor IV
                                                                       United States District Judge

Dated: May 22, 2014