UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v.  ) | Criminal No. |
| ) | 13-10048-FDS |
| KING BELIN, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR A PSYCHIATRIC OR PSYCHOLOGICAL
EXAMINATION AND REPORT**

**SAYLOR, J.**

Pursuant to 18 U.S.C. §§ 3552(c), 4244(a) and (b), and 4247(c), it is hereby ORDERED that the Attorney General hospitalize defendant in the closest suitable facility for the purpose of a psychiatric and/or psychological evaluation for a period of 30 days from the date of defendant's arrival at the facility.  The Court is of the opinion that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility."  18 U.S.C. § 4244(a).  It is further recommended that defendant be hospitalized at FMC Devens in Ayer, Massachusetts, or, alternatively, at another suitable facility in Massachusetts.  It is further ORDERED that he examiner prepare and file a report, pursuant to 18 U.S.C. § 4247(c).

**So Ordered.**

                                                    /s/ F. Dennis Saylor
                                                    F. Dennis Saylor IV
                                                    United States District Judge

Dated: May 22, 2014