UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Criminal No.  13 CR 10048- FDS

UNITED STATES OF AMERICA

V.

KING BELIN

MOTION FOR AN EXPEDITED TRANSCRIPT

Now comes Raymond A. O'Hara, counsel for the defendant, and moves that this Honorable Court order that a transcript be prepared of the testimony on May 14. 2014 of Dr. David Rosmarin.

As grounds for this motion, undersigned counsel states that he is successor counsel to Attorney Ian Gold. Attorney Gold was granted leave to withdraw from this case after the hearing that was conducted on May 14, 2014.

During the hearing, Dr. David Rosmarin, a forensic psychiatrist, testified about an interview he conducted of the defendant earlier that day, and offered his opinions on the nature of the defendant's capacity to interact with his then defense counsel. The hearing was closed and no transcript prepared.  Dr. Rosmarin did not prepare a written report.

The defendant is now at FMC Devens for the purposes of a formal evaluation of his competence to stand trial, pursuant to  18 U.S.C. §4244.

The staff at FMC-Devens has contacted undersigned counsel, seeking information about any psychological/psychiatric treatment or consultations Mr. Belin underwent in

the past. The transcript of Dr. Rosmarin's testimony should enable them to expedite their evaluation.

WHEREFORE, the defendant prays that this Motion be ALLOWED and that a transcript of the testimony of Dr. David Rosmarin, conducted on May 14, 2014 be prepared and forwarded to defense counsel, who will in turn provide the transcript to the staff at FMC-Devens.

June 24, 2014

          Respectfully submitted,
          King Belin
          By his attorney,

          /s/ *Raymond A. O'Hara*
          Raymond A. O'Hara
          1 Exchange Place
          Worcester, MA 01608
          508 831-7551
          BBO # 546366

## CERTIFICATE OF SERVICE

I, Raymond A. O'Hara, counsel of record for the defendant King Belin, hereby certify that I served notice of the above Motion to all counsel of record by filing same electronically by way of the Court's ECF system.

Date: June 24, 2014          /s/ Raymond A. O'Hara
          **Raymond A. O'Hara**