# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>KING BELIN, )<br>)<br>Defendant. )<br>) | Criminal No.<br>13-10048-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On June 24, 2014, the parties appeared before the Court for status conference. The Court granted a continuance and scheduled a status conference for July 9, 2014, to permit further time for a mental competency evaluation of defendant. The parties did not object to the exclusion of time from June 24, 2014, through July 9, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant." 18 U.S.C. § 3161(h)(1)(A). Therefore, the period of time from June 24, 2014, through July 9, 2014, shall be excludable under the Speedy Trial Act. **So Ordered.**

 /s/ F. Dennis Saylor  
F. Dennis Saylor IV  
United States District Judge

Dated: June 24, 2014