## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA   )<br>                              )<br>     v.                       )<br>                              )<br>KING BELIN,                   )<br>                              )<br>     Defendant.               )<br>                              ) | Criminal No.<br>13-10048-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On July 9, 2014, the parties appeared before the Court for status conference.  The Court scheduled a status conference for July 31, 2014, to permit further time for a mental competency evaluation of defendant.  The parties did not object to the exclusion of time from July 9, 2014, through July 31, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant."  18 U.S.C. § 3161(h)(1)(A).  Therefore, the period of time from July 9, 2014, through July 31, 2014, shall be excludable under the Speedy Trial Act. **So Ordered.**

                                              /s/ F. Dennis Saylor
                                              F. Dennis Saylor IV
                                              United States District Judge

Dated: July 9, 2014