UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                              ) | Criminal No. 13-10048-FDS |
| ) | |
| KING BELIN                ) | |

<u>ORDER</u>

After consideration of the Government's Assented To Motion For An Order Requiring The Massachusetts Department Of Youth Services To Produce Mental Health Records To Dr. Chad Tillbrook, IT IS ORDERED:

    That within 14 days of service, the Massachusetts Department Of Youth Services shall produce to Dr. Chad Tillbrook, Forensic Psychologist, Federal Bureau of Prisons, Federal Medical Center-Devens, P.O. Box 880, Ayer, MA 01432 all mental health records in its possession relating to King Belin, DOB xx-xx-1985, SS# xxx-xx-5061. The documents covered by this request shall include any clinical mental health assessments, evaluations, notes, case histories, and treatment plans as well as any case worker chronologies.

Dated: July 23, 2014

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge
District of Massachusetts