UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v.      ) | Criminal No. |
| ) | 13-10048-FDS |
| KING BELIN,    ) | |
| ) | |
| Defendant.   ) | |

**CORRECTED ORDER FOR A PSYCHIATRIC OR
PSYCHOLOGICAL EXAMINATION AND REPORT**

**SAYLOR, J.**

Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) and (c), it is hereby ORDERED that the Attorney General hospitalize defendant in the closest suitable facility for the purpose of a psychiatric and/or psychological evaluation for a period of 30 days from the date of defendant's arrival at the facility.  The Court is of the opinion that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rending him mentally incompetent to the extend that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).  It is further recommended that defendant be hospitalized at FMC Devens in Ayer, Massachusetts, or, alternatively, at another suitable facility in Massachusetts.  It is further ORDERED that the examiner prepare and file a report, pursuant to 18 U.S.C. § 4247(c).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: July 24, 2014