UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
**UNITED STATES of AMERICA**    )
                                )
        v.                      )    **Criminal No.**
                                )    **13-10048-FDS**
**KING BELIN,**                 )
                                )
        **Defendant.**          )
                                )

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On July 24, 2014, the parties appeared before the Court for a status conference. The Court scheduled a status conference for August 7, 2014, to permit further time for a mental competency evaluation of defendant. The parties did not object to the exclusion of time from July 24, 2014, through August 7, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant." 18 U.S.C. § 3161(h)(1)(A). Therefore, the period of time from July 24, 2014, through August 7, 2014, shall be excludable under the Speedy Trial Act. **So Ordered.**

          /s/ F. Dennis Saylor
          F. Dennis Saylor IV
          United States District Judge

Dated: July 24, 2014