# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.** |
| | ) | **13-10048-FDS** |
| **KING BELIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On August 7, 2014, the parties appeared before the Court for a status conference.  The Court scheduled a status conference for September 3, 2014, to permit further time for a mental competency evaluation of defendant.  The parties did not object to the exclusion of time from August 7, 2014, through September 3, 2014.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant."  18 U.S.C. § 3161(h)(1)(A).  Therefore, the period of time from August 7, 2014, through September 3, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

 /s/ F. Dennis Saylor_____
F. Dennis Saylor IV
United States District Judge

Dated: August 7, 2014