UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Docket no. 13-CR-10048-FDS

UNITED STATES OF AMERICA

V.

KING BELIN

DEFENSE COUNSEL'S EX PARTE MOTION FOR PERMISSION TO FILE A MOTION FOR LEAVE TO WITHDRAW, UNDER SEAL OF COURT

Now comes Raymond A. O'Hara, appointed counsel for the defendant King Belin, and asks this Honorable Court to grant him leave to withdraw from further representation of this defendant, under seal of Court.

As grounds seeking permission to file the motion under seal of Court, counsel states that he will be filing a supporting affidavit that will include information peripherally related to the attorney-client privilege.

WHEREFORE the defendant respectfully requests that this motion be granted and that counsel be permitted to file a motion for leave to withdraw from this case, under seal of Court.

Date: August 19, 2014

Respectfully submitted,
**/s/ *Raymond A. O'Hara***
Raymond A. O'Hara
1 Exchange Place
Worcester, MA 01608
508 831-7551

]

MA Bar no. 546366