# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | |
| v. ) | **Criminal No.** |
| ) | **13-10048-FDS** |
| **KING BELIN,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On September 10, 2014, the parties appeared before the Court for a status conference. The Court scheduled a further status conference for October 1, 2014, to permit further time for a mental competency evaluation of defendant, and to allow defendant's new counsel time to review the case. The parties did not object to the exclusion of time.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant." 18 U.S.C. § 3161(h)(1)(A). Therefore, the period of time from September 10, 2014, through October 1, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

        /s/ F. Dennis Saylor
        F. Dennis Saylor IV
        United States District Judge

Dated: September 10, 2014