UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 13-10048-FDS |
| KING BELIN, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On September 18, 2014, the parties appeared before the Court for a status conference. The Court scheduled a further status conference for October 2, 2014, to permit further time to address defendant's mental competency, and to allow defendant's new counsel time to review the case. The parties did not object to the exclusion of time.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the delay is necessary "to determine the mental competency . . . of the defendant." 18 U.S.C. § 3161(h)(1)(A). Therefore, the period of time from October 1, 2014, through October 2, 2014, shall be excludable under the Speedy Trial Act.

**So Ordered.**

 /s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 18, 2014