UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                                    Docket No. 13-CR-10048-FDS

KING BELIN
      Defendant

## STATUS REPORT

NOW COMES the accused, King Belin, and in response to this Court's September 18, 2014 Order submits that pursuant to 18 U.S.C. § 4241 a hearing must be held by this Court to make a determination as to whether the accused is competent to stand trial. Further, the accused submits that at that hearing the accused will stipulate that he is competent to stand trial and that the Court can make the determination of competency based on the September 4, 2014 forensic report of FMC Devens Forensic Psychologist Chad Tillbrook.

In addition, as the accused will be stipulating to a finding of competency, the accused submits that the Government should not be provided with a copy of Dr. Tillbrook's report.

These issues have been presented to and discussed with Assistant United State Attorney John Wortmann and he does not object to proceeding in this fashion.

                                  Respectfully submitted,
                                  King Belin,
                                  By His Attorney,

DATE:      September 29, 2014           /s/ Paul J. Garrity
                                                      Paul J. Garrity
                                                        Bar No. 555976
                                                       14 Londonderry Road

                                              Londonderry, NH  03053
                                              603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 29th day of September, 2014, a copy of the within Status Report has been efiled to all parties of record and mailed, postage prepaid to Belin King.

                                            /s/ Paul J. Garrity
                                            Paul J. Garrity