UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 13-10048-FDS |
| KING BELIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On October 2, 2014, the parties appeared before the Court for a status conference. The Court scheduled a trial date for January 5, 2015. Both parties assented to the exclusion of time under the Speedy Trial Act until January 5 in order to ensure adequate trial preparation and continuity of counsel.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from October 2, 2014, through January 5, 2015, shall be excludable under the Speedy Trial Act.

**So Ordered.**

                                              /s/ F. Dennis Saylor
                                              F. Dennis Saylor IV
                                              United States District Judge

Dated: October 2, 2014