UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                                                    Docket No. 13-CR-10048-FDS

KING BELIN
       Defendant

## DEFENDANT'S WITNESS LIST

Defendant, King Belin, hereby anticipates calling the following witnesses at trial. The defendant reserves his right to supplement or modify his list of witnesses with reasonable notice to the government.

1. Derek Kirkland
2. Damon Carpenter
3. Calvin White
4. Rafael Wallace

                                                Respectfully submitted,
                                                King Belin,
                                                By His Attorney,


DATE:       December 3, 2014                /s/ Paul J. Garrity
                                                 Paul J. Garrity
                                                 Bar No. 555976
                                                 14 Londonderry Road
                                                 Londonderry, NH 03053
                                                 603-434-4106


## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 3rd day of December, 2014, a copy of the within Defendant's Requested Voir Dire of Prospective Jurors has been efiled to all parties of record and mailed, postage prepaid to Belin King.


                                                 /s/ Paul J. Garrity
                                               Paul J. Garrity