UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                                  Docket No. 13-CR-10048-FDS

KING BELIN
        Defendant

## DEFENDANT'S EXHIBIT LIST

Defendant, King Belin, hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The defendant reserves his right to further supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the government.

Exhibit Number:

1. September 17, 2012 Boston Police Department Turret Tape.

                                          Respectfully submitted,
                                          King Belin,
                                          By His Attorney,

DATE:      December 3, 2014                /s/ Paul J. Garrity
                                                          Paul J. Garrity
                                                          Bar No.  555976
                                                          14 Londonderry Road
                                                          Londonderry, NH  03053
                                                          603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 3rd day of December, 2014, a copy of the within Defendant's Witness List has been efiled to all parties of record and mailed, postage prepaid to Belin King.

                                                          /s/ Paul J. Garrity
                                                          Paul J. Garrity