UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                                                         Docket No. 13-CR-10048-FDS

KING BELIN
         Defendant

## MOTION TO WITHDRAW

NOW COMES the undersigned counsel and moves this Court for authorization to withdraw from further representation of the accused as the accused and the undersigned counsel have an irreconcilable conflict as to the role of defense counsel and the defense to be presented at trial.

The Government has been notified that the undersigned counsel would be filing this motion to withdraw.

Wherefore, the undersigned counsel respectfully requests that this Court authorize him to withdraw from further representation of the accused.

                                                          Respectfully submitted,
                                                          King Belin,
                                                          By His Attorney,

DATE:   December 10, 2014              /s/ Paul J. Garrity
                                                          Paul J. Garrity
                                                          Bar No.  555976
                                                          14 Londonderry Road
                                                          Londonderry, NH  03053
                                                          603-434-4106

### CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 10th day of December, 2014, a copy of the within Defendant's Witness List has been efiled to all parties of record and mailed, postage prepaid to Belin King.

                                                          /s/ Paul J. Garrity
                                                          Paul J. Garrity