**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Criminal No. 13-10048-FDS |
| | ) | |
| | ) | |
| **KING BELIN** | ) | |

### GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE AND ARGUMENT OR QUESTIONS THAT SUGGEST THE CHARGED GUN AND AMMUNITITON WAS PLANTED ON THE DEFENDANT

The United States hereby moves in limine that the defendant be precluded from making any argument or asking any questions that suggest that the firearm and ammunition were planted on the defendant. As grounds therefore, although defense counsel has submitted voir dire questions that suggest that this might be a defense, the defendant in a sworn colloquy with the Court stated that this "was not what happened." Because the defendant's sworn statement shows that there is no longer any good faith basis for any such defense, the defendant and his counsel should be precluded from pursuing it at trial.

                                                Respectfully submitted,

                                                CARMEN M. ORTIZ
                                                United States Attorney

By:        /S John A. Wortmann, Jr.
             JOHN A. WORTMANN, JR.
             Assistant U.S. Attorney
             (617) 748-3207

**CERTIFICATE OF SERVICE**

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                        /S John A. Wortmann, Jr. 12-16-14
                                        JOHN A. WORTMANN, JR.
                                        Assistant U.S. Attorney