UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 13-10048-FDS |
| ) | |
| ) | |
| KING BELIN ) | |

## REVISED EXHIBIT LIST OF THE UNITED STATES OF AMERICA

The United States of America hereby files the following list of Proposed Exhibits for the trial in the above-captioned matter. The government reserves its right to further supplement, modify and number the list in light of the evidence that is admitted at trial and with reasonable notice to the defendant.

| Exhibit Number | Exhibit |
|---|---|
| A | Map of Area of Norfolk Park, Boston, MA |
| 1 | **Withdrawn** |
| 2 | Suffolk County Probation Supervision Sheet on King Belin **(REDACTED)** |
| 3 | Certified Conviction Suffolk Superior Court No. 2009-10693 Commonwealth v. King Belin **(REDACTED)** |
| 4.1 | Booking Sheet for King Belin dated April 29, 2009 **(REDACTED)** |
| 4.2 | Booking Sheet for King Belin dated September 17, 2012 |
| 4.3 | Fingerprint card of King Belin dated September 17, 2012 |

| | |
|---|---|
| 5.1-5.7 | Photographs of Area of Norfolk Park, Boston |
| 6.1 | Ruger Model P95DC with an obliterated serial number and magazine |
| 6.2 | 11 rounds of assorted ammunition recovered from Ruger P95DC with an obliterated serial number |
| 6.3 | Plastic Bag found inside Newport Cigarette Package that contained 5 rounds of PMC 9mm Luger ammunition and 5 rounds of PMC 9mm Luger ammunition. |
| 6.4 | Gun box for items 6.1-6.4 |
| 7.1-7.7 | Photographs of firearm and ammunition taken on September 17, 2012 |
| 8.1 | September 10, 2007 Booking Sheet of King Belin |
| 8.2 | September 10, 2007 Fingerprint card of King Belin |
| 9.1 | Photograph of magazine identifying area where Latent 2A was found |
| 9.2 | Close up photograph of Latent 2A on magazine |
| 9.3 | Side by side photographs of Latent 2A and Belin Thumbprint |
| 10.1 | Photograph of plastic bag identifying area where Latent 3-1A was found |
| 10.2 | Close up photograph of Latent 3-1A on plastic bag |
| 10.3 | Side by side photographs of Latent 3-1A and Belin Thumbprint |

   B    Chart Entitled "Levels of Detail in Friction Ridge Impressions"

        Respectfully submitted,

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY

    By: */s/ John A. Wortmann, Jr.*
      JOHN A. WORTMANN, JR.
      Assistant U.S. Attorneys
      One Courthouse Way
      Boston, MA
      (617) 748-3207

## Certificate of Service

 I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

        */s/ John A. Wortmann, Jr.*
        JOHN A. WORTMANN, JR.
        Assistant United States Attorney

Date: May 5, 2014