UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v.                                          )<br>)<br>KING BELIN,                            )<br>)<br>Defendant.                            )<br>) | Criminal No.<br>13-10048-FDS |

NOTE FROM THE JURY

YOUR HONOR:

*We Are Ready. We have a Vedict.*

DATED: 1/6/15 _____ At Boston, MA        TIME: 12:04 PM

_____Carol Larneau_____
Signature of the Foreperson