≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

UNITED STATES

V.

KING BELIN

**EXHIBIT AND WITNESS LIST**

Case Number: 13-10048-FDS

| PRESIDING JUDGE<br>F. Dennis Saylor, IV | PLAINTIFF'S ATTORNEY<br>John Wortmann | DEFENDANT'S ATTORNEY<br>Paul Garrity |
|---|---|---|
| TRIAL DATE (S)<br>1/5/2015- 1/6/2015 | COURT REPORTER<br>Valerie O'Hara | COURTROOM DEPUTY<br>Lisa Pezzarossi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 1/5/2015 | x | | Map of Area of Norfolk Park, Boston, MA |
| 2 | | 1/5/2015 | | x | Suffolk County Probation Supervision Sheet on King Belin (REDACTED) |
| 3 | | 1/5/2015 | | x | Certified Conviction Suffolk Superior Court No. 2009-10693 Commonwealth v. Belin (REDACTED) |
| 4.1 | | 1/5/2015 | | x | Booking Sheet for King Belin dated April 29, 2009 (REDACTED) |
| 4.2 | | 1/5/2015 | | x | Booking Sheet for King Belin dated September 17, 2012 |
| 5.2-5.7 | | 1/5/2015 | | | Photographs of Area of Norfolk Park, Boston |
| 6.1 | | 1/5/2015 | | x | Ruger Model P95DC with an obliterated serial number and magazine |
| 6.2 | | 1/5/2015 | | x | 11 rounds of assorted ammunition recovered from Ruger P95DC with an obliterated serial number |
| 6.3 | | 1/5/2015 | | x | Plastic bag found inside Newport Cig. Pack that had 5 rounds of PMC 9mm Luger ammunition |
| 6.4 | | 1/5/2015 | | x | Gun box |
| 7.1-7.7 | | 1/5/2015 | | x | Photographs of firearm and ammunition taken on September 17, 2012 |
| 8.1 | | 1/5/2015 | | x | September 10, 2007 Booking Sheet of King Belin |
| 8.2 | | 1/5/2015 | | x | September 10, 2007 Fingerprint card of King Belin |
| 9.1 | | 1/6/2015 | | x | Photograph of magazine identifying area where Latent 2A was found |
| 9.2 | | 1/6/2015 | | x | Close up photograph of Latent 2A on magazine |
| 9.3 | | 1/6/2015 | | x | Side by side photographs of Latent 2A and Belin Thumbprint |
| 10.1 | | 1/6/2015 | | x | Photograph of plastic bag identifying area where Latent 3-1A was found |
| 10.2 | | 1/6/2015 | | x | Close up photograph of Latent 3-1A on plastic bag |
| 10.3 | | 1/6/2015 | | x | Side by side photographs of Latent 3-1A and Belin Thumbprint |
| B | | 1/6/2015 | x | | Chart entitled "Levels of Detail in Friction Ridge Impressions" |
| C | | 1/6/2015 | x | | Stipulation as to testimony of ATF Mathieu Kelsch. |
| | | | | | *See continuation, page 2. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | | VS. | | KING BELIN | CASE NO. 13-10048-FDS |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| W-1 | | 1/5/2015 | | | Boston Police Officer Phillip Bissonnette | |
| W-2 | | 1/5/2015 | | | Boston Police Officer Thomas Finn | |
| W-3 | | 1/5/2015 | | | Boston Police Detective Kevin Magoon | |
| W-3 | | 1/5/2015 | | | Plymouth County Probation Officer Brandon McLellan | |
| W-4 | | 1/5/2015 | | | Boston Police Officer Nina Jefferson | |
| W-5 | | 1/5/2015 | | | ATF Special Agent Mathieu Kelsch, Boston, MA | |
| W-6 | | 1/6/2105 | | | Boston Police Criminalist Maryellen Shea | |
| W-7 | | 1/6/2015 | | | Boston Police Criminalist Deborah Dobrydney | |