UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA<br><br>v.<br><br>KING BELIN,<br><br>  Defendant. | Criminal No.<br>13-10048-FDS |

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

1.   As to COUNT ONE (Possession of a Firearm/Ammunition):

   __✓__ Guilty        _____ Not Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _[signature]_        DATE: _1/6/15_