UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.                                                                                          Docket No. 13-CR-10048-FDS

KING BELIN
      Defendant

ASSENTED TO MOTION TO CONTINUE

     NOW COMES the defendant, King Belin, by and through counsel, and hereby move this Court to continue his March 31, 2015 Sentencing Hearing to a later date.

In support of this Motion, the defendant states as follows:

1. The defendant is scheduled to appear in this Court for his Sentencing Hearing on March 31, 2015 at 2:30 p.m.;

2. However, the undersigned counsel is scheduled for three hearings at the 10th Circuit/District Division/Derry Court on March 31, 2015 in the afternoon in State v. J. Pauwels,  State v. M. Levesque, and State v. A. Bieler;

3. Also, the undersigned counsel is scheduled to begin a Jury Trial at the Hillsborough Superior Court Northern District on April 6, 2015 in State v. J. Pepelis, and a Jury Trial at the Cheshire Superior Court on April 13, 2015 in State v. E. Johnson; a Motion to Suppress Hearing and Final Pre-Trial Conference at the Woburn Superior Court in Massachusetts on May 5, 2015 in Commonwealth v. J. Rosario; a Final Pre-Trial on May 6, 2015 and Trial on May 19, 2015 at the Lowell Superior Court in Commonwealth v. R. Kestering; and a trial on May 7, 2015 in the Lawrence District Court in Commonwealth v. Andino;

4. In addition, the undersigned counsel also has prepaid vacation plans out of the State of New Hampshire from April 2, through April 5, 2015 and from April 23 through May 5, 2015;

5. That Assistant U.S. Attorney John Wortmann, Jr of the U.S. Attorney's Office, has been contacted and assents to this Motion to Continue.

WHEREFORE, the defendant, King Belin, respectfully requests that this Court grant this Assented to Motion to Continue this Sentencing hearing to a later date.

Respectfully submitted,
King Belin,
By His Attorney,

DATE:	March 19, 2015	/s/ Paul J. Garrity
Paul J. Garrity
Bar No.  555976
14 Londonderry Road
Londonderry, NH  03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 18th day of March, 2015, a copy of the within Motion to Continue Sentencing Hearing has been efiled to all parties of record and mailed, postage prepaid to Belin King.

/s/ Paul J. Garrity
Paul J. Garrity