**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 13-10048-FDS** |
| | ) | |
| | ) | |
| **KING BELIN** | ) | |

## NOTICE OF INTENT TO SEEK UPWARD DEPARTURE/NON-GUIDELINE SENTENCE

Pursuant to paragraph 10 of this Court's January 15, 2015 Procedural Order, the government hereby notifies the Court and the defendant of its intent to seek a non-guideline sentence in this case.

The government further notifies the Court and the defendant that, in the particular circumstance of this case (including the absence of any Shepard-approved documents for the offenses described at paragraphs 34, 35, 36, and 38 of the Presentence Report) it believes that none of the cases described in the adult portion of the Criminal History Section of the Presentence Report are scoreable as "crimes of violence" under USSG §2k2/1(a). The government therefore believes that the defendant's Total Offense Level is 18, his Criminal History Category is VI, and that the applicable advisory

guideline range is therefore 57-71 months.

                          Respectfully submitted,

                          CARMEN M. ORTIZ
                          United States Attorney

By:      /S John A. Wortmann, Jr.
           JOHN A. WORTMANN, JR.
           Assistant U.S. Attorney
           (617) 748-3207

**CERTIFICATE OF SERVICE**

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                          /S John A. Wortmann, Jr. 9/21/15
                          JOHN A. WORTMANN, JR.
                          Assistant U.S. Attorney