# UNITED STATES V. BELIN 13-10048-FDS

# GEOGRAPHIC RESTRICTION



While on Supervised Release, King Belin is prohibited from entering the area indicated on the above map which is the area bounded by Talbot Avenue, Dorchester Avenue, Morton Street and Blue Hill Avenue, ("the Exclusion Zone") without the prior express permission of the Probation Office. Nothing in this restriction shall prohibit the defendant from traveling on the named roads nor travelling on any MBTA Bus or Subway Route operating within the Exclusion Zone provided he does not get off the bus or train anywhere within the Exclusion Zone.