UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATE OF AMERICA

V.  Docket No. 13-CR-10048-FDS

KING BELIN
      Defendant

## NOTICE OF APPEAL

NOW COMES the defendant, King Belin, by and through by counsel, and notifies this Court and the Government that he wishes to appeal his conviction and the sentence imposed on him on September 29, 2015.

    Respectfully submitted,
    King Belin,
    By His Attorney,

DATE:   September 30, 2015      /s/ Paul J. Garrity
    Paul J. Garrity
    Bar No. 555976
    14 Londonderry Road
    Londonderry, NH  03053
    603-434-4106

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, hereby certify that on this 30th day of September, 2015, a copy of the within Notice of Appeal has been e-filed to all parties of record and mailed, postage prepaid to Belin King.

    /s/ Paul J. Garrity
    Paul J. Garrity