# EXHIBIT B

# ASSOCIATIONAL RESTRICTION

During the period of Supervised Release, defendant King Belin is prohibited from contacting or being in the company of the following individuals without the express permission of Probation:

**Rudy Antenor**
**Reggie Boyd**
**Giovanni Coley**
**Ellis Golden**
**Demarcus Kirkland**
Derek Kirkland
Dwan Knight
**Corey Mathis**
**Jamal Nation**
**Eric Norman**
**Kareem Smith**
Brian Stokes
**Rafael Wallace**
**Calvin White**