# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10048-FDS |
| | ) | |
| KING BELIN, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

**SAYLOR, D.J.**

WHEREAS, on February 27, 2103, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant King Belin (the "Defendant") with being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count One);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Indictment, of all firearms and ammunition involved in the commission of the offense. Such property specifically included, without limitation:

(a) Ruger Model P95DC 9 mm semi-automatic handgun having an obliterated serial number and 16 rounds of 9 mm ammunition

(together, the "Gun and Ammunition");

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in

value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c);

WHEREAS, on January 6, 2015, after a three-day jury trial, a jury found the Defendant guilty on Count One of the Indictment;

WHEREAS, on February 6, 2015, this Court issued a Preliminary Order of Forfeiture against the Gun and Ammunition, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

WHEREAS, in addition, this Court ordered the Defendant to forfeit the Gun and Ammunition, pursuant to the terms of the Preliminary Order of Forfeiture;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on February 12, 2015 and ending on March 13, 2015; and

WHEREAS, no claims of interest in the Guns and Ammunition have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Gun and Ammunition, and they are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Gun and Ammunition are hereby held in default.

4. The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby authorized to dispose of the Gun and Ammunition in accordance with applicable law.

F. DENNIS SAYLOR
United States District Judge

Dated: 7-24-15