**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: United States of America v. King Belin

District Court Number: 13cr10048-FDS

---

Fee:   Paid? Yes ____ No ____   Government filer ____   *In Forma Pauperis* Yes _X_ No ____

---

Motions Pending   Yes ____ No _X_
If yes, document # ____

Sealed documents   Yes _X_ No ____
If yes, document #  2,5,11,121,136,146,197

*Ex parte* documents   Yes _X_ No ____
If yes, document #  104,175,176,189,195,196

Transcripts   Yes _X_ No ____
If yes, document #  50,59,61,120,121

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:
#229 Judgment
Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#228 and #229
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 228 filed on September 30, 2015.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 13, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**