1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
2

3

4    UNITED STATES OF AMERICA,          )
                                        )
5                     Plaintiff,        )
                                        )
6                                       )  No. 13-10048-FDS
     vs.                                )
7                                       )
     KING BELIN,                        )
8                     Defendant.        )

9


10   BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV

11

12                     STATUS CONFERENCE

13

14


15        John Joseph Moakley United States Courthouse
                       Courtroom No. 2
16                    One Courthouse Way
                      Boston, MA 02210
17

18                    September 10, 2014
                         1:35 p.m.
19

20

21

22

23                    Valerie A. O'Hara
                   Official Court Reporter
24   John Joseph Moakley United States Courthouse
               One Courthouse Way, Room 3204
25                    Boston, MA 02210
                 E-mail: vaohara@gmail.com

1   APPEARANCES:

2   For The United States:

3       United States Attorney's Office, by JOHN A. WORTMANN, JR.,
    ESQ., 1 Courthouse Way, Suite 9200, Boston, Massachusetts
4   02110;

5   For the Defendant:

6       PAUL J. GARRITY, ESQ., 14 Londonderry Road,
    Londonderry, New Hampshire 03053.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS

THE CLERK:  All rise.  United States District Court for the District of Massachusetts is now in session, the Honorable Judge Saylor presiding, Case No. 13-10048, U.S. v. King Belin.

Would counsel please identify themselves for the record.

MR. WORTMANN:  John Wortmann for the United States. Good afternoon, your Honor.

01:34PM  THE COURT:  Good afternoon.

MR. GARRITY:  Good afternoon, Paul Garrity for King Belin.

THE COURT:  All right.  Good afternoon.  Please be seated.  This is a status conference.  The defendant is present.  Mr. Garrity is newly appointed.  I do not yet have the report of the evaluation.  Mr. Wortmann, do you know where that stands?

MR. WORTMANN:  You know, your Honor, I apologize, but I haven't been sure who the primary contact person was, and

01:35PM  actually I came down hoping that it had been delivered to the Court, and I probably should have called and checked beforehand, and I apologize for that.

THE COURT:  All right.  One possibility is it could have been delivered to Mr. Cicolini whose last day was this past Friday.  I don't know.  In any event, I don't have it,

1    haven't seen it and haven't received anything, so we're at a

2    little bit of a standstill till we get that.  In the meantime,

3    Mr. Garrity, I presume that you need to get up to speed as

4    well?

5        MR. GARRITY:  That's correct, your Honor.  I've had

6    some communication with Ray O'Hara, but I haven't yet picked up

7    his file.

8        THE COURT:  All right.  Well, unless anyone has a

9    better suggestion, I think we probably just need to roll this

01:36PM 10    over again for a reasonably short period of time.

11    Mr. Wortmann, what do you think I need to do?

12        MR. WORTMANN:  I think it makes sense.  I think

13    Mr. Garrity should have enough time to get up to speed before

14    we have another hearing, and I don't know how much time,

15    whatever time he needs is appropriate.

16        THE COURT:  And hopefully we'll have this report that

17    we'll also need to digest.  I don't think the underlying facts,

18    you know, it's not like a white collar crime case, but,

19    obviously, he does need some time.  I guess what I would like

01:36PM 20    to do is to -- I'm in Washington the week of the 22nd.  We

21    could try to connect either at the end of next week, which is

22    about nine days out, or maybe more realistically September 29th

23    or thereafter.  What do counsel want to do?

24        MR. GARRITY:  Judge, the only issue I have with the

25    29th, I'm scheduled to start a jury trial in New Hampshire, but

1    that may or may not go.

2            THE COURT:  All right.

3            MR. GARRITY:  Would the afternoon of October 1st be

4    available?

5            THE COURT:  I teach a class which is on Wednesday

6    afternoons, so I could do early afternoon.  Let me look at the

7    calendar.  On the 1st, I have a trial from 9 to 1, a sentencing

8    at two, and then I need to leave to teach my class.  We could

9    try to -- we could set it for a 3:00, and if the sentencing is

01:38PM 10   reasonably short, I can squeeze you in, particularly if it's a

11   status conference.  Will that work?

12           MR. GARRITY:  That's fine, Judge, thank you.

13           THE COURT:  Mr. Wortmann, does that work?

14           MR. WORTMANN:  Yes, that's fine, thank you, your

15   Honor.

16           THE COURT:  All right.  So that's Wednesday,

17   October 1st at 3:00 for a status conference, and as I say that,

18   I'm not familiar with the issues in the sentencing.  If it

19   looks like I have to move it, we'll just contact you and try to

01:38PM 20   come up with another date.

21           All right.  Anything else we can accomplish today

22   other than exclusion of the time?

23           MR. WORTMANN:  Just exclusion of the time, your Honor.

24           THE COURT:  Is there any objection to excluding the

25   time between today and October 1st both in the interests of

1    justice in order to accommodate the change of counsel and

2    because we are still in the process of mental health evaluation

3    that has not been completed?

4          MR. GARRITY:  Can I have one second, your Honor, to

5    speak to Mr. Belin?

6          THE COURT:  Yes.

7          MR. GARRITY:  Judge, we have no objection to excluding

8    the time.  Thank you.

9          THE COURT:  I find that the ends of justice served by

10   taking that action outweigh the interests of the parties and

11   the public in a speedy trial, and I'll enter a written order to

12   that effect.

13         MR. WORTMANN:  Your Honor, do you want me to stay on

14   top of Dr. Tillbrook?

15         THE COURT:  Well, I'm going to try to have the clerk's

16   office do it as well.  I don't want to suggest he's not doing

17   his job.

18         MR. WORTMANN:  No, no.

19         THE COURT:  It's really more of a matter of either

01:41PM 20   getting the report or finding out what's going on and making

21   sure it's being delivered to the right place.

22         MR. WORTMANN:  I didn't mean to suggest that.

23         THE COURT:  For that matter, Mr. Garrity as well,

24   whatever efforts counsel can make to just nudge this process

25   forward.

1          MR. WORTMANN:  So if we don't have it in hand by

2    October 1, we'll come in here and we'll know when we can expect

3    it.

4          THE COURT:  Hopefully, I will have it in hand before

5    that so I read it and think about it.

6          MR. WORTMANN:  Thank you, your Honor.

7          MR. GARRITY:  Thank you, your Honor.

8          THE CLERK:  All rise.

9          (Whereupon, the hearing was adjourned at 2:35 p.m.)

10              C E R T I F I C A T E

11   UNITED STATES DISTRICT COURT )

12   DISTRICT OF MASSACHUSETTS ) ss.

13   CITY OF BOSTON )

14          I do hereby certify that the foregoing transcript,

15   Pages 1 through 7 inclusive, was recorded by me

16   stenographically at the time and place aforesaid in Criminal

17   Action No. 13-10048-FDS, UNITED STATES OF AMERICA vs.

18   KING BELIN and thereafter by me reduced to typewriting and is a

19   true and accurate record of the proceedings.

20          Dated this 28th day of December, 2015.

21               s/s Valerie A. O'Hara

22          _____

23               VALERIE A. O'HARA

24               OFFICIAL COURT REPORTER

25