```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
                                 )  No. 13-10048-FDS
vs.                              )
                                 )
KING BELIN,                      )
                Defendant.       )


BEFORE:   THE HONORABLE F. DENNIS SAYLOR, IV


                     STATUS CONFERENCE




       John Joseph Moakley United States Courthouse
                     Courtroom No. 2
                   One Courthouse Way
                    Boston, MA 02210


                    October 31, 2014
                       10:00 a.m.
```

Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
One Courthouse Way, Room 3204
Boston, MA 02210
E-mail: vaohara@gmail.com

1  APPEARANCES:

2  For The United States:

3     United States Attorney's Office, by JOHN A. WORTMANN, JR.,
   ESQ., 1 Courthouse Way, Suite 9200, Boston, Massachusetts
4  02110;

5  For the Defendant:

6     PAUL J. GARRITY, ESQ., 14 Londonderry Road,
   Londonderry, New Hampshire 03053.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS

THE CLERK: All rise. Thank you. You may be seated. This is Criminal Action Number 13-10048, the United States of America vs. King Belin.

Would counsel please identify themselves for the record.

MR. WORTMANN: Your Honor, good morning, John Wortmann for the United States.

THE COURT: Good morning.

MR. GOLD: Good morning, Paul Garrity for King Belin.

THE COURT: Good morning. This is a status conference. As counsel knows, we have a jury trial set for January. Is there anything requiring my attention?

MR. WORTMANN: There is, your Honor. As you recall, I had rescheduled that as a backup trial because I have a trial in front of Judge Young the same day. In that case, the defendant's name is Reginald Roscoe. New counsel has just been appointed, and I have been unable to get from him to date whether or not he's going to be prepared to move forward on that date, but I think I might have some good news, maybe good news. I had a trial scheduled on December 1, which is no longer going on December 1.

We have discussed it, and if it's convenient for the Court, if it's possible for the Court, we could do it on December 15th, and I don't anticipate it probably much more

1 than two days.

2 THE COURT: Let me look at the calendar. It looks
3 like I've scheduled another trial.

4 MR. WORTMANN: Your Honor, any chance of impanelling
5 two juries on that day, and we'll be backup as soon as the
6 other one is done?

7 THE COURT: I've blocked off a week. I'm struggling
8 to remember the details of it. It's one of the problems not
9 having a permanent clerk, I'm losing track of things, but if
10:05AM 10 there's new counsel in your other case, well, I guess I would
11 normally suggest that he probably wants some additional time?

12 MR. WORTMANN: I handed him several weeks ago the
13 discovery package. It's a drug case. It's not a particularly
14 complicated case, and I just don't know what he's going to do,
15 your Honor. I've called him several times, and he hasn't had
16 enough time to talk to his client.

17 THE COURT: Mr. Garrity, do you want to weigh in here?
18 What's your view?

19 MR. GOLD: Judge, the 15th I think you're saying
10:06AM 20 you've already got a trial lined up?

21 THE COURT: I'll have to look at it. As I sit here, I
22 don't remember the likelihood of a plea. I have a whole week
23 blocked off. I'm supposed to be out for a defender services
24 committee meeting December 8th, 9th and 10th, and then the next
25 week bumps us into Christmas. It begins on the 22nd. I just

1    don't know is the problem.  If there's a speedy trial issue, I
2    would imagine this is an older case than that one, but I don't
3    know that either, so I guess I would have to look and think
4    about it.
5              MR. GARRITY:  I mean, the 15th could work, Judge.  The
6    only issue I have, I don't think it's much of an issue, I have
7    two Superior Court trials scheduled on December 1st, one in
8    New Hampshire, one in Massachusetts.  The one in Massachusetts
9    I'm going to try to move, I just don't know how far they will
10:07AM 10   move it, but I don't think, like I say, I don't think it will
11   be much of a scheduling issue.
12             THE COURT:  All right.  Let's do this.  Why don't
13   we -- what I suggest is that we reconvene in a relatively short
14   period of time.  That will give Mr. Wortmann a little more
15   chance to look at what his situation is, give me a chance to
16   sit down and look at the record.
17             I think I told you between the holidays, between my
18   duty weeks in Washington and between a major trial starting
19   January 26th, I would like to fit this in somewhere somehow.
10:07AM 20             MR. WORTMANN:  That's what we were trying to do, your
21   Honor.
22             THE COURT:  So why don't I just look at the options,
23   and why don't we reconvene, and you can appear by telephone, of
24   course.  How about next Wednesday, the 5th, say 10:10?  Does
25   that work?

|   |   |
|---|---|
| 1 | MR. GARRITY:  Is it possible to do it in the |
| 2 | afternoon?  I've got multiple court hearings that morning. |
| 3 | THE COURT:  I could do it at 1:45. |
| 4 | MR. GARRITY:  That should be fine. |
| 5 | MR. WORTMANN:  That works, fine, thank you, your |
| 6 | Honor. |
| 7 | THE COURT:  1:45 for the conference. |
| 8 | MR. WORTMANN:  I will do my best to speak to |
| 9 | Mr. Griffin and try to figure out what's going to happen to |
| 10:08AM 10 | that date on the 5th. |
| 11 | THE COURT:  Thanks.  The time is excluded between now |
| 12 | and January 5th, and so I guess I don't need to enter any |
| 13 | further order in that regard.  We'll come up with something |
| 14 | here.  Obviously, I don't want to impair anyone's holiday |
| 15 | schedule or anything else, and, obviously, I want to make sure |
| 16 | it's a fair trial, but we'll have to figure out a way to |
| 17 | shoehorn it in somewhere. |
| 18 | MR. WORTMANN:  Thank you, your Honor. |
| 19 | MR. GARRITY:  Thank you, your Honor. |
| 20 | (Whereupon, the hearing was adjourned at 10:09 a.m.) |

1    C E R T I F I C A T E

2

3   UNITED STATES DISTRICT COURT )

4   DISTRICT OF MASSACHUSETTS ) ss.

5   CITY OF BOSTON )

6        I do hereby certify that the foregoing transcript,

7   Pages 1 through 7 inclusive, was recorded by me

8   stenographically at the time and place aforesaid in Criminal

9   Action No. 13-10048-FDS, UNITED STATES OF AMERICA vs.

10  KING BELIN and thereafter by me reduced to typewriting and is a

11  true and accurate record of the proceedings.

12        Dated this 28th day of December, 2015.

13                  s/s Valerie A. O'Hara

14                  _____

15                  VALERIE A. O'HARA

16                  OFFICIAL COURT REPORTER