```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2
    * * * * * * * * * * * * * * *
 3  UNITED STATES OF AMERICA     *
                                 *
 4             vs.               *     CRIMINAL ACTION
                                 *     No. 13-10048-FDS-1
 5  KING BELIN                   *
                                 *
 6  * * * * * * * * * * * * * * *

 7         BEFORE THE HONORABLE F. DENNIS SAYLOR, IV
                  UNITED STATES DISTRICT JUDGE
 8                    COMPETENCY HEARING

 9  A P P E A R A N C E S

10          UNITED STATES ATTORNEY'S OFFICE
            1 Courthouse Way, Suite 9200
11          Boston, Massachusetts 02210
            for the United States
12          By:  John A. Wortmann, Jr., AUSA

13
            LAW OFFICE OF PAUL J. GARRITY
14          14 Londonderry Road
            Londonderry, New Hampshire 03053
15          for the defendant
            By:  Paul J. Garrity, Esq.
16

17
                                    Courtroom No. 2
18                                  John J. Moakley Courthouse
                                    1 Courthouse Way
19                                  Boston, Massachusetts 02210
                                    October 3, 2014
20                                  11:30 a.m.

21

22              CAROL LYNN SCOTT, CSR, RMR
                   Official Court Reporter
23             One Courthouse Way, Suite 7204
                Boston, Massachusetts 02210
24                    (617) 330-1377

25
```

**P R O C E E D I N G S**

    **THE CLERK:** Criminal matter No. 13-10048, the *United States versus King Belin.*

    Court is in session. You may be seated.

    **THE COURT:** All right. Good morning. My understanding of the plan here is that I will -- the defendant intends to stipulate in substance that he is mentally competent to stand trial based on the psychological report that was prepared at Devens and that he will waive his right to a further hearing and that the government will also waive its right to review Dr. Tillbrook's report.

    Do I have that right, Mr. Wortmann or Mr. Garrity?

    **MR. GARRITY:** Yes, Your Honor.

    **MR. WORTMANN:** You do, Your Honor. And, Your Honor, I'd also simply ask that you make inquiry of counsel that based on his dealings with the defendant since he took over the case that he doesn't have concerns about Mr. Belin's understanding of the charges against him or his ability to assist in the defense.

    **THE COURT:** All right. Let me start with Mr. Belin, and I will have the clerk put him under oath.

    **THE CLERK:** Mr. Belin, would you raise your right hand.

    Do you solemnly swear that the testimony you're

```
 1   about to give to this Court shall be the truth, the whole
 2   truth and nothing but the truth, so help you God?
 3                  THE DEFENDANT:  Yes.
 4                  THE CLERK:  You may be seated.
 5                  THE COURT:  All right.  Mr. Belin, as I think
 6   you know, I ordered you to undergo an examination to
 7   determine whether you were mentally competent to stand
 8   trial, a psychological examination.
 9         There is two parts of that.  You have to be able to
10   understand the nature and consequences of the proceeding
11   against you.  In other words, what kind of charges are you
12   facing and what happens to you if you are convicted.
13         And you have to be able to assist properly in your
14   defense, to work with your counsel to help him defend you.
15         Based on my order we had you evaluated and I
16   received a written report, I think I received it on
17   September 10th, from Dr. Tillbrook who was the psychologist.
18   And he concluded that you were, in fact, mentally competent
19   to stand trial.  Specifically he concluded that you did not
20   have a substantial mental illness or defect that would
21   significantly compromise your understanding and appreciation
22   of the trial process.
23         And he also concluded that you did not exhibit
24   substantial impairment in your ability to participate
25   meaningfully in a discussion of legal proceedings and that,
```

1  therefore, he thought you could participate rationally with
2  your attorney in the preparation and implementation of your
3  defense.
4      I gave a copy of that report to your lawyer
5  Mr. Garrity. The government lawyer, the prosecutor, has not
6  seen the report. Let me stop there.
7      Do you understand what I have been telling you so
8  far?
9          **THE DEFENDANT:** Yes.
10         **THE COURT:** And do you have any questions for
11 me about it?
12         **THE DEFENDANT:** No.
13         **THE COURT:** All right. You are entitled under
14 the law to a hearing to determine whether you are mentally
15 competent. If we had a hearing Dr. Tillbrook would probably
16 testify. The prosecutor would be given a copy of his
17 report. Dr. Tillbrook would be examined and give his
18 opinion. You would have the right to have your lawyer
19 cross-examine Dr. Tillbrook. You might testify if you chose
20 to do so or you could put on additional evidence if you
21 wanted to do that.
22     What has been proposed is that instead of having
23 that hearing you would agree or "stipulate," which is the
24 word we use in court, that you are mentally competent to
25 stand trial; and that you would agree or stipulate that I

```
 1    could find that you were competent just based on
 2    Dr. Tillbrook's report without having to bring him in here
 3    and examine him.
 4             But it has also been proposed that if we do that,
 5    the government would not get a copy of that report.
 6             Do you understand -- again, let me stop.
 7             Do you understand what I have told you so far?
 8                   THE DEFENDANT:  Yeah.
 9                   THE COURT:  Do you have any questions for me?
10                   THE DEFENDANT:  No.
11                   THE COURT:  And do you agree with that
12    proposal, in other words, that you will agree that you're
13    mentally competent to stand trial; that you're able to
14    understand the nature and consequences of the proceeding
15    against you, and you're able to assist your lawyer in
16    preparing your defense, so we don't have to have a hearing
17    and the government will not be given a copy of
18    Dr. Tillbrook's report?  Do you agree with that?
19                   THE DEFENDANT:  Yes.
20                   THE COURT:  All right.  And do you have any
21    questions for me about what we are doing here or why?
22                   THE DEFENDANT:  No.
23                   THE COURT:  And you feel you understand it?
24                   THE DEFENDANT:  Yes.
25                   THE COURT:  All right.  Let me ask
```

1   Mr. Garrity.  Mr. Garrity, is there any reason you are aware
2   of that I should question, whether we should proceed this
3   way or whether Mr. Belin is mentally capable of standing
4   trial in this case?
5           **MR. GARRITY:**  Your Honor, currently I have no
6   concerns about Mr. Belin's competency and proceeding this
7   way.  As we discussed yesterday, I think it is the agreeable
8   way to go forward.  I discussed it all with Mr. Belin and,
9   as he just told you, he is in agreement with it.
10          **THE COURT:**  All right.  All right.  I,
11  therefore, find that the defendant King Belin is mentally
12  competent, that he is not suffering from a mental disease or
13  defect rendering him incompetent to the extent that he is
14  unable to understand the nature and consequences of the
15  proceeding against him or to assist properly in his defense.
16          Mr. Wortmann, part of this proposal involves the
17  government agreeing that it would not obtain a copy of
18  Dr. Tillbrook's report.  The government is entitled under
19  Section 4247(c) to a copy that report.  On behalf of the
20  government do you waive its right to receive that?
21          **MR. WORTMANN:**  Your Honor, I do waive the
22  right to receive it.  In the event that a mental -- in the
23  event that a mental health, that we get to sentencing and a
24  mental health issue was raised, I would reserve the right to
25  request the Court to provide me with a copy of the report at

1   that time.
2            **THE COURT:**  Yes, of course.  And if the
3   situation changes or we get new evidence, obviously we will
4   revisit all of these issues.
5            **MR. WORTMANN:**  Of course, thank you.
6            **THE COURT:**  All right.  Do we need to do
7   anything else with regard to mental competency at this time?
8   Mr. Wortmann?
9            **MR. WORTMANN:**  I don't believe so, Your Honor,
10  thank you.
11           **THE COURT:**  Mr. Garrity?
12           **MR. GARRITY:**  I don't think so, Judge.
13           **THE COURT:**  All right.  And I think I set it
14  for a conference, is that right, when we met yesterday, and
15  we will exclude the time until that conference?  We are
16  meeting in about 30 days.  Mr. Garrity, you said you wanted
17  some more time to --
18           **MR. GARRITY:**  If I could, I know we set it for
19  a trial date but I'm --
20           **THE CLERK:**  January 5 for trial.
21       (Whereupon, the Court and the Clerk conferred.)
22           **THE COURT:**  All right.  Let me put it down for
23  a conference then.  My memory is that Mr. Garrity wanted a
24  chance to talk with Mr. Belin and talk about where we go
25  from here.

1      How quick do you think we can get that done and
2 reconvene, Mr. Garrity?
3      **MR. GARRITY:**  Could I have October 31st in the
4 morning?
5      **THE COURT:**  October 31st, okay.  That's a
6 Friday, sure.  How about ten a.m.?
7      **MR. GARRITY:**  That would be fine.
8      **THE COURT:**  Mr. Wortmann, does that work for
9 you?
10      **MR. WORTMANN:**  It does, thank you, Your Honor.
11      **THE COURT:**  All right.  Friday, October 31st
12 at ten a.m., further conference.
13      **MR. GARRITY:**  Thank you.
14      **THE COURT:**  Okay.  Anything else?
15      **MR. WORTMANN:**  Thank you, Your Honor.
16      **MR. GARRITY:**  Thank you.
17      **THE COURT:**  Okay.  Thank you.
18      **THE CLERK:**  Court is in recess.
19
20      (WHEREUPON, the proceedings were recessed at 11:40
21      a.m.)

C E R T I F I C A T E

      I, Carol Lynn Scott, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/S/CAROL LYNN SCOTT

_____

CAROL LYNN SCOTT
Official Court Reporter
John J. Moakley Courthouse
1 Courthouse Way, Suite 7204
Boston, Massachusetts 02210
(617) 330-1377

**DATE: February 7, 2016**